[No. 32901-4-I.    Division One.    January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMIE
LEE WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00945-0, David F. Hulbert, J., en-
tered May 19, 1993. *Affirmed* by unpublished per curiam
opinion.

[No. 31755-5-I.    Division One.    January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ROY
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-03558-4, Deborah Fleck, J., entered October
20, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 32358-0-I.    Division One.    January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER WAYNE SNELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04583-1, Charles W. Mertel, J., entered
February 1, 1993. *Affirmed* by unpublished per curiam opin-
ion.

[No. 33085-3-I.    Division One.    January 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER
DEJESUS ALMARAZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-02228-6, Marilyn R. Sellers, J., entered
June 24, 1993. *Dismissed* by unpublished per curiam opin-
ion.